RECEIPT # 54530
AMOUNT $ CASH $150
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _m_
DATE 5-12-04

MARIA PEREZ, )
  Plaintiff, )
v. ) CIVIL ACTION No. _____
DAVID MOJICA, )
SUFFOLK COUNTY SHERIFF, )
  and SUFFOLK COUNTY, )
MASSACHUSETTS, )
  Defendants. )
)

04 10512 WGY

VERIFIED COMPLAINT        MAGISTRATE JUDGE _Alexander_

This is an action brought under Title 18 United States Code §§ 1581, and 1964, Title 42 United States Code §§ 1981 to 1983; and Massachusetts General Laws Chapter 12, § 11 I.

I. JURISDICTION

1. Jurisdiction is founded on Title 28 United States Code § 1343 because in this action Plaintiff Maria Perez seeks to redress the deprivation, under color of state law, statutes and ordinances of her right, privilege and immunity secured by an Act of Congress for equal rights of citizens and all persons within the jurisdiction of the United States and because she seeks to recover damages under an Act of Congress providing for the protection of her civil rights.

I. PARTIES

2. The Plaintiff, Maria Perez (hereinafter "Perez"), resides at 229 Poplar Street, Roslindale, Massachusetts;

3. Defendant David Mojica (hereinafter "Mojica") is a resident of Chelsea, Massachusetts, and a former Corrections Officer at the Suffolk County House of Correction and an employee of the Suffolk County Sheriff's Office;

4. Defendant Suffolk County Sheriff (hereinafter "Sheriff") operates the Suffolk County House of Correction as a penal facility owned, operated and controlled by Suffolk County, Commonwealth of Massachusetts;

5. Defendant Suffolk County (hereinafter "County") is a governmental entity of the Commonwealth of Massachusetts and owns operates and controls the Suffolk County House of

Corrections;

## II. FACTS COMMON TO ALL COUNTS

6. In 1998, Plaintiff Perez was sentenced to eighteen months confinement in the Suffolk County House of Correction following the revocation of her probation imposed for certain narcotics violations;

7. Perez was confined to Unit 1-11-1, a special unit housing female inmates;

8. Perez enrolled in several classes offered by the House of Corrections to break herself of her narcotics addiction and to further her education;

9. Perez became aware that male Suffolk County Correctional Officers assigned to Unit 1-11-1 demanded and requested sex from certain female inmates;

9. In the spring of 1999, Mojica was assigned to Unit 1-11-1 where Perez was housed;

10. In April 1999, Mojica told Perez to remain behind in the Unit while the other inmates went to lunch;

11. Mojica further told Perez that he had just talked to his wife and that he wanted to have sex with Perez;

12. Mojica further told Perez that he found her sexually attractive and that he had watched her while she was confined at the House of Correction;

13. Mojica then forced Perez to have sex with him;

14. Mojica then requested that Perez arrange for her (Perez's) cell-mate to pose naked for him;

15. Perez learned during her confinement that other inmates in her Unit had sexual intercourse with Mojica and other Correctional Officers;

16. Perez also learned that other inmates were disciplined for revealing the names of the offending Corrections Officers and their sexual predation of inmates;

17. From that time on, Mojica watched Perez as she cleaned herself, went to the toilet and dressed in her cell;

18. In 2000, Perez was released from the custody of the Suffolk county House of correction and soon suffered several relapses;

19. In 2003, she learned that her present addiction was caused by Mojica's sexual assault and by the Sheriff's investigation of incidents concerning other inmates having sex with Mojica and other Correctional Officers;

20. She tried to file a criminal complaint against Mojica in the Roxbury District Court and succeeded in getting a Complaint for rape against Mojica;

21. The Suffolk County District Attorney's Office refused to prosecute the case against Mojica due to the political problems that case posed for the then Sheriff;

22. Perez suffered extreme physical and mental strain leading to her arrests in 2003 and 2004 for narcotics related offenses;

23. Perez is presently being prosecuted by the Suffolk County District Attorney's Office for those offenses.

## COUNT I
### VIOLATIONS OF TITLE 18 U.S.C. 1961, et seq.
(against Mojica, Sheriff and Suffolk County Sheriff's Office)

24. Perez reiterates the allegations advanced in paragraphs 1 through 23 and incorporates them herein by reference. At all times material to this Count:

25. Various individuals, including Mojica, the Sheriff, Suffolk County investigators, and other Correctional Officers, were associated in fact with each other and with various other employees of the Commonwealth of Massachusetts, and thereby constituted an enterprise as defined in Title 18, U.S.C., § 1961(4).

26. The purpose of the aforesaid enterprise was to allow Correctional Officers to hold female prisoners in virtual sexual servitude and to prevent their prosecution through the punishment of those female prisoners who complained about their being forced into having sex with the Correctional Officers.

27. Mojica was a Correctional Officer engaged to supervise female prisoners in Unit 1-11-1 at the House of Correction.

28. The Sheriff supervised Mojica and was in charge of housing female prisoners during their periods of incarceration.

29. The Defendant Suffolk County was in charge of housing female prisoners at the Suffolk County House of Correction.

30. At all times material herein through the date of this Complaint Title 18 United states Code §

1581 prohibited holding a person against his will and coercing that person into performing labor.

31. At all times material herein through the date of this Complaint the laws and statutes of the Commonwealth of Massachusetts prohibited rape under M.C.L. c. 265, § 24.

32. At all times material herein and through the date of this Complaint the laws of the Commonwealth of Massachusetts prohibited the violation of a persons civil rights through threats, intimidation and coercion.

33. From in or about 1998 to the present, in the Commonwealth of Massachusetts, the Defendants Mojica, Sheriff, and the Suffolk County Sheriff's Office and others being employed by and associated with the enterprise which was engaged in activities which affected interstate affairs of the enterprise through a pattern of racketeering activity, as hereinafter set forth in violation of 18 U.S.C. § 1962(c).

34. The pattern of racketeering includes two acts involving rape, assault and coercion in violation of the laws of the Commonwealth of Massachusetts.

35. The first predicate act is the rape of Maria Perez in April 1999.

36. The second predicate act is the deprivation of Perez's right to pursue a criminal complaint against Mojica, in violation of state and federal law..

37. The third predicate act is the intimidation of Perez through continued prosecution of her for narcotics offenses.

38. Perez has been damaged since she recently learned that the trauma caused by the defendants led to her relapse into drug addiction.

39. Perez is entitled to compensation for those injuries in an amount to be determined at trial.

COUNT II
Violation of 18 U.S.C. § 1581 (sexual slavery)
(against Mojica)

40. Perez re-alleges and re-iterates the allegations in paragraphs 1 through 39 of this Complaint and incorporates them into this Count as fully set forth herein.

41. Mojica, acting without legal cause or justification, coerced Perez to engage in sexual intercourse with him.

42. Mojica, acting without legal right or justification, coerced Perez to strip naked in front of him.

43. Mojica deprived Perez of her constitutional rights guaranteed by the United States

Constitution.

44. Mojica subjected Perez to these deprivations recklessly and with indifference to her rights, placed in violation of Title 42 U.S.C. § 1983.

45. Perez as a direct result of Mojica's actions, suffered injuries as described above and which are compensable in an amount to be determined at trial.

## COUNT III
### Violation of Title 42 U.S.C. §§ 1981 and 1982
### (Liability of all defendants)

46. Perez re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 45 of this Complaint as fully set forth herein.

47. The defendants deprived Perez, a Hispanic female, of equal protection of the law.

48. Defendants deprived Perez of her civil rights through raping her and by tolerating and concealing their acts through failing to prosecute Mojica and other Correctional Officers for misconduct, concealing sexual predators within the ranks of Correctional Officers at the Suffolk County House of Correction, and seeking to punish Perez to coerce her into silence.

49. Defendants discriminated against Perez by preventing her from filing successfully a Criminal Complaint against Mojica after her release because of her race.

50. Defendants violated 42 U.S.C. §§ 1981 and 1982 by so depriving Perez of her rights.

51. Perez has been damaged by the conduct of the defendants in amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Perez requests that this Honorable Court grant her relief as follows:

A. An award of appropriate damages to her;
B. Award punitive damages against all defendants;
C. Award the costs of this action, including attorney's fees, to her
D. And such other award as the Court may deem appropriate.

## JURY DEMAND

Perez requests a jury trial in this case.

## CERTIFICATION

The undersigned person states that she is the Plaintiff named in this Complaint, is familiar with the facts therein, and states that the same are true based on her personal knowledge, except for those matters stated on information which she believes to be true, based on her knowledge, documents and other information available to her.

Sworn to under the pains and penalties of perjury this 11th day of March, 2004.

_____
Maria Perez, Plaintiff;
and respectfully submitted by her attorney,

_____
Stanley E. Greenidge
BBO # 605 665

258 Elm Street
Somerville, MA 02144
(617) 628-3510

Dated: March 11th, 2004

6